United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Courtland B. Jones  
      Debtor

Case No. 14-19863-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2    Date Rcvd: Aug 03, 2016  
                       Form ID: pdf900    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.
```
db             +Courtland B. Jones,    914 Whitby Avenue,    Yeadon, PA 19050-3511
cr             +BANK OF AMERICA, N.A.,    2380 Performance Dr,    Richardson, TX 75082-4333
13441930       +Acs Inc,    Attn: Bankruptcy,    Po Box 56317,    Philadelphia, PA 19130-6317
13441932       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
13441933       +Capital One Bank,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
13441934       +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
13441935       +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
13441938       +ER Solutions/Convergent Outsourcing, INC,    Po Box 9004,    Renton, WA 98057-9004
13441936       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
13441937       +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
13441941       +Global Credit,    20010 Century Blvd Ste 4,    Germantown, MD 20874-1118
13441942        Mercy Fitzgerald Hospital,    PO Box 828281,    Philadelphia, PA 19182-8281
13441939       +first lady of mirrors,    8225 Stenton Avenue,    Philadelphia, PA 19150-3429
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 04 2016 01:56:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2016 01:55:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2016 01:55:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13441931       +E-mail/PDF: recoverybankruptcy@afninet.com Aug 04 2016 01:44:45     Afni, Inc.,
                 Attn: Bankruptcy,    Po Box 3097,    Bloomington, IL 61702-3097
13463418        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 04 2016 01:55:50     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13529909       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 04 2016 01:44:46
                 PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13441943       +E-mail/Text: cprocopio@partnersforpaymentrelief.com Aug 04 2016 01:56:13
                 Partners for Payment Relief,    3748 West Chester Pike, Suite 103,
                 Newtown Square, PA 19073-3252
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13479300*      +Partners for Payment Relief, LLC,    3748 West Chester Pike, Suite 103,
                 Newtown Square, PA 19073-3252
13441940      ##+Geico, subrogee for Deborah Green,    157 Mary Ella Court,    Smyrna, DE 19977-8211
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:
```
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION,, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Courtland B. Jones msbankruptcy@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: PaulP                 Page 2 of 2                  Date Rcvd: Aug 03, 2016
                              Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                               TOTAL: 5

Case 14-19863-elf    Doc 75    Filed 08/05/16    Entered 08/06/16 01:16:10    Desc Imaged
Certificate of Notice    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURTLAND B. JONES          Chapter 13

Debtor          Bankruptcy No. 14-19863-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: August 3, 2016** _____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-

Debtor:
COURTLAND B. JONES

914 WHITBY AVENUE

YEADON, PA 19050